```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 06912
   MICHAEL MORGAN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-1082


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 05/08/2008 and was not confirmed.

    The case was dismissed without confirmation 07/23/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
----------------------------------------------------------------------
ALLAN J DEMARS             NOTICE ONLY     NOT FILED          .00           .00
VW CREDIT INC              SECURED NOT I    19791.05          .00           .00
AMERICAN EXPRESS           UNSECURED        24595.71          .00           .00
AMERICAN EXPRESS           UNSECURED        12899.09          .00           .00
BANK OF AMERICA            UNSECURED       NOT FILED          .00           .00
CAPITAL ONE BANK           UNSECURED       NOT FILED          .00           .00
CAPITAL ONE BANK           UNSECURED       NOT FILED          .00           .00
CHASE                      UNSECURED       NOT FILED          .00           .00
ROUNDUP FUNDING LLC        UNSECURED          316.33          .00           .00
DISCOVER                   UNSECURED       NOT FILED          .00           .00
GEMB/JCP                   UNSECURED       NOT FILED          .00           .00
SEARS/CBSD                 UNSECURED       NOT FILED          .00           .00
TBF FINANCIAL              UNSECURED        15464.79          .00           .00
THE HOME DEPOT/ CBUSA      UNSECURED       NOT FILED          .00           .00
PRA RECEIVABLES MGMT       UNSECURED         9777.38          .00           .00
WFFINANCE                  UNSECURED       NOT FILED          .00           .00
WEST ASSET MANAGEMENT      UNSECURED       NOT FILED          .00           .00
BARBARA J BAKER            NOTICE ONLY     NOT FILED          .00           .00
JOHN J LYNCH               DEBTOR ATTY          .00                         .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                         ---------------   ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 06912 MICHAEL MORGAN
```

TOTALS                                           .00                       .00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                                     /s/ Tom Vaughn

Dated: 10/29/08                              _____
                                                           TOM VAUGHN
                                                           CHAPTER 13 TRUSTEE